**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LINDSEY BAILIFF,

        Plaintiff,

v.                                                      Case No:  6:17-cv-814-Orl-40DCI

KOHL'S DEPARTMENT STORES, INC.
and OPTIO SOLUTIONS, LLC,

        Defendants.
_____/

## **ORDER**

This cause came on for consideration following review of the Joint Stipulation of Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 27). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on August 17, 2017.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties